<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

———————————

**No. 03-7094**

———————————

In Re:  FLOYD JUNIOR "DICK" POWELL,

                                          Petitioner.

———————————

On Petition for Writ of Mandamus.  (CR-99-12)

———————————

Submitted:  August 28, 2003       Decided:  September 10, 2003

———————————

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Floyd Junior Powell, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Floyd Junior "Dick" Powell petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his habeas motion filed under 28 U.S.C. § 2255 (2000). He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED